# EXHIBIT A

**Exhibit A**

**Loss Inventory & Estimated Valuation
May, 2022**

| Card Description | Quantity | Est. Value per Unit | Estimated Subtotal |
|---|---|---|---|
| Tales of Suspense #39 | 10 | $1,000 | $10,000 |
| Upper Deck Test Cards (1-of-1) | 3 | $7,000 | $21,000 |
| Marvel Universe Series 3 #135 | 5 | $500 | $2,500 |
| Marvel 75th Anniversary #84 | 4 | $500 | $2,000 |
| 2004 Donruss World Series FG-2 (Stan Lee auto) | 1 | $650 | $650 |
| Stan Lee Media-era Signed Cards (from his archive) | 20 | $2,000 | $40,000 |
| Allen & Ginter #274 (Stan Lee comp copies) | 27 | $2,000 | $54,000 |
| Marvel Universe Series 1 #161 ("Mr. Marvel") | 2 | $1,500 | $3,000 |
| MU-1 Amazing Spider-Man #1 cover | 1 | $1,200 | $1,200 |
| MU-1 Giant-Size X-Men #1 cover | 2 | $1,000 | $2,000 |
| MU-1 Amazing Spider-Man #129 (1st Punisher) cover | 3 | $800 | $2,400 |
| MU-1 Amazing Fantasy #15 (1st Spider-Man) | 8 | $1,500 | $12,000 |
| **Pedigree/Auction Loss Premium** | — | 20% collection-wide | $25,000 |
| **TOTAL ESTIMATED VALUE RANGE** | **87 cards** | — | **$175,750** |







THE WORLD'S MOST TRUSTED
SOURCE IN COLLECTING™
Ⓑ BECKETT GRADING SERVICES





## STAN LEE

MARVEL™
**161**
**M**

**Height:** 6'  **Weight:** 155 lbs.
**Comics Written:** Uncountable
**No-Prizes awarded:** 547
**Favorite sayings:** 'Nuff Said!, True Believer!, Face Front!, Excelsior!
**First Appearance in a Marvel comic:** FANTASTIC FOUR #10
**First published Marvel Comics work:** Text story in CAPTAIN AMERICA COMICS #3, May, 1941

Aided by some of the most talented artists in the comics biz, Stan Lee created virtually the entire Marvel Universe, and revolutionized comic book writing as we know it today. Among the hordes of characters co-created by Stan are the Fantastic Four, Spider-Man, the Avengers, the Incredible Hulk, the X-Men, Thor, Doctor Strange,...heck, this card's not big enough to list them all!

**Did You Know:** Stan's longest unbroken stint on any Marvel Comic was on FANTASTIC FOUR, which he wrote for a whopping 114 issues, starting with #1.

Cardfront painting by Arnie Sawyer.
© 1990 Marvel Entertainment Group, Inc. MARVEL COMICS.
TM Marvel. Exclusively distributed by Impel Marketing Inc.









# THE WORLD'S MOST TRUSTED SOURCE IN COLLECTING™

**B** BECKETT GRADING SERVICES



BECKETT®

## WATCHER™

**POWER RATINGS** 1 2 3 4 5 6 7

STRENGTH
INTELLIGENCE
ENERGY PROJECTION
MENTAL POWERS
FIGHTING ABILITY
SPEED

**152**

THE MOST AWESOME RESPONSIBILITY OF ANY BEING IN THE COSMOS BELONGS TO THE WATCHER. SWORN TO ONLY WITNESS EVENTS—NEVER TO INFLU- ENCE THEM—THE WATCHER COULD NOT EVEN TAKE A HAND DURING THE UNIVERSE-SPANNING BATTLE FOR CONTROL OF THE ALL-POWERFUL INFINITY GAUNTLET! AGELESS AND BEYOND HUMAN UNDER- STANDING, THE WATCHER PERHAPS FEELS REGRET FOR HIS SOLITARY VIGIL. BUT WHATEVER HIS TRUE FEELINGS, HE STANDS SILENT AS HISTORY UNFOLDS...AND HE WATCHES.

**REAL NAME:** Uatu
**FIRST APPEARANCE:** FANTASTIC FOUR #13, April 1963

"I DARE NOT INTRUDE, I AM FORBIDDEN TO ACT!" —TALES OF SUSPENSE #53, MAY 1964

©1992 Marvel Entertainment Group, Inc. WATCHER and MARVEL ™ Marvel. Exclusively distributed by Impel Marketing Inc.

Impel

PAT.6295750 B1



THE WORLD'S MOST TRUSTED
SOURCE IN COLLECTING™

(B) BECKETT GRADING SERVICES



## UATU
REAL NAME: UATU



**APRIL 1963** — Revealed himself to the Fantastic Four in *Fantastic Four #13*

**MARCH 1966** — Violated oath and warned Fantastic Four about the coming of Galactus in *Fantastic Four #48*

**JULY 1975** — Placed on trial for violating Watcher oath in *Captain Marvel #39*

**JANUARY 1984** — Serves as Mr. Fantastic's lawyer in Shi'ar trial in *Fantastic Four #262*

**JULY 2006** — Appears prior to the vote on the Superhuman Registration Act in *Civil War #1*

**DECEMBER 2008** — Witnesses the final battle between Skrulls and Earth's heroes in *Secret Invasion #7*

**JULY 2014** — Found dead on the Moon with his eyes missing in *Original Sin #1*

 marvel.com  © MARVEL

 

84
























# THE WORLD'S MOST TRUSTED SOURCE IN COLLECTING™

## (B) BECKETT GRADING SERVICES



**AVENGERS**
VOL. 1 #67
AUGUST, 1969
EDITOR:
STAN LEE
COVER ARTIST:
SAL BUSCEMA

AOU-LB

**CONGRATULATIONS!** You have received an autographed Marvel Avengers: Age of Ultron comic card signed by Stan Lee and Sal Buscema. This trading card was signed in the presence of a company representative or sent from, and certified as to its authenticity by, the individuals named above.
Enjoy your autograph card!

*The Richard P. McWilliam Family*
THE UPPER DECK COMPANY



AGE OF ULTRON

©2015 UDC. Printed in the USA
Beade Certificate No. 20XX

**MARVEL**
marvel.com
™ MARVEL



1990 MARVEL UNIVERSE I
#126 AMAZING FANTASY
STAN LEE

AUTHENTIC AUTOGRAPH
00011982043



