# EXHIBIT B



## Order Details

**Submission No.:** 0  
**Invoice No.:** 523381  
**No. of Items:** 90  
**Order Total:** $2,937.00  

**Received Date:** 09/15/2021  
**Shipment Method:** Store Pick Up  
**Ship Date:** 11/22/2021  
**Tracking Number:** pickup  

| Certification No. | Primary Signer | Item | Result | Autograph Grade | Signer Fees | Auto Grading Fees | LOA Fees | Card Grading Fees | Baseball Encapsulation Fees |
|---|---|---|---|---|---|---|---|---|---|
| 13537986 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537987 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537988 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537989 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537990 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537991 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537992 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537993 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537994 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537995 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537996 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537997 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537998 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13537999 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13538000 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| N/A | Lee, Stan (Entertainment) | BAS Card | Inconclusive | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| N/A | Lee, Stan (Entertainment) | BAS Card | Inconclusive | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13538003 | Lee, Stan (Entertainment) | BAS Card | Grading | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| N/A | Lee, Stan (Entertainment) | BAS Card | Inconclusive | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| N/A | Lee, Stan (Entertainment) | BAS Card | Inconclusive | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| N/A | Lee, Stan (Entertainment) | BAS Card | Inconclusive | | $25.00 | $10.00 | $0.00 | $40.00 | $0.00 |
| 13538029 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538030 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538031 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538032 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538033 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538034 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538035 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538036 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538037 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538038 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538039 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538040 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538041 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538042 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538043 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538044 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538045 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538046 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538048 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538049 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |

| 13538050 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 13538051 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538052 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538053 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538054 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538055 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538056 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538057 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538058 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538059 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538060 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538061 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538062 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538063 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538064 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538065 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538066 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538067 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |

| 13538068 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 13538069 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538070 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538071 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538072 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538073 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538074 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538075 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538076 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538077 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538078 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538079 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538080 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538081 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538082 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538083 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538084 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538085 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538086 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538087 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538088 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |
| 13538089 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | | $0.00 | $0.00 | $0.00 |



| 13538090 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|
| 13538091 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538092 | Lee, Stan (Entertainment) | BAS Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538093 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538094 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538095 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538096 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538097 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |
| 13538098 | Lee, Stan (Entertainment) | Index Card | Coa | | $25.00 | $0.00 | $0.00 | $0.00 |

## Order Summary

| Date | Item Type | Service Type | Service | Quantity | Amount |
|---|---|---|---|---|---|
| 11/04/2021 | BAS | Encapsulation | Card Grading -> 20-Day-Old (Inconclusive) | 5 | $-375.00 |
| 11/04/2021 | BAS | Encapsulation | Card Grading -> 45-Day | 21 | $1575.00 |
| 11/04/2021 | BAS | Encapsulation | Encapsulation -> 45-Day | 69 | $1725.00 |
| 11/04/2021 | General | Shipping | Store Pick Up | 1 | $0.00 |
| 11/04/2021 | General | Insurance | | 1 | $12.00 |
| 11/04/2021 | General | Credit Card- Payment (..5076) | 5vwk5n1d | 1 | $-2992.00 |
| 11/04/2021 | General | Letter of Credit | | 1 | $55.00 |
| | | | | **Invoice Balance** | $0.00 |

# Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Road, Dallas, Texas 75244
(855) 470-4662 | www.beckett-authentication.com

**SUBMISSION #:** 100056

## SHIP TO: (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

- **Name:** Jerry Black
- **Address:** 2749 P.K.ke St
- **City, State Zip:** So. [Vego] CA 92154
- **Phone:** 6199408[??]  **Email:** jblack6196@gmail.com

## SHIP VIA:
Orders will be shipped FedEx Ground unless a different method is selected below.
- ☐ Priority Overnight
- ☐ 2 Day
- ☑ Express Saver
- ☐ International
- ☐ Ground
- ☐ My FedEx Account #

## OFFICE USE ONLY
- Invoice #:
- Job #:
- Sales Rep:
- Date Rec'd: 9·10

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value |
|---|-----|------|-----------|-----------------|-----------|----------------|-------------------|--------------|----------------|----------------|
| 1 | 69 | Cards | Stan Lee | 1 | 25 | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 2 | 21 | Cards | Stan Lee | 1 | 25 | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 3 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 4 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 5 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 6 | | letter authentication | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 7 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 8 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 9 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 10 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| 11 | | | | | | ☐ $10 | ☐ $ | ☐ $40 | ☐ $30 | |
| Ttl Qty. | 90 | | | Subtotals: $ | $ | $ | $ 210 | $ 40 | $ | $ |

## CALCULATING AMOUNT DUE

1. Authentication Fee: = $ 2,250
2. Letter Upgrade Fee: = $
3. Autograph Grading Fee (See Table On Back): = $ 210
4. Card Grading Fee: = $ 40
5. Baseball Encapsulation Fee: = $
6. Oversized Surcharge (Items 5"x7" or larger): = $
7. Express Processing Fee: = $
8. Re-Encapsulation Fee: ___ X $ ___ = $
   # of items    price
9. Insurance (See Table On Back): = $
10. Shipping (See Table On Back): = $
11. Tax (Texas Residents Only add 8.25%): = $
12. Discount: ___ = $
13. Total Amount Owed (Add Lines 1-12): = $ 3,200

## Payment Options:
☐ Check/Money Order (Please DO NOT send cash)
All checks payable to Beckett
☐ AMEX  ☑ Visa  ☐ MC  ☐ Disc.

- Card #: 4856 2002 6121 5076
- Exp. Date: 10/23  CVC Code: 894
- Name: Jeremiah Black
- Signature: [signed]

**All fees must be paid in advance before we can process your order.

By signing this form I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable regardless of the outcome of authentication.

Signature _____  Date 9/10/21

Updated 07/2021                    Pink Copy - Customer