# EXHIBIT C



# Order Details

**Submission No.:** 18031
**Invoice No.:** 556163
**No. of Items:** 87
**Order Total:** $870.00

**Received Date:** 05/26/2022
**Shipment Method:**
**Ship Date:**
**Tracking Number:**

| Certification No. | Primary Signer | Item | Result | Autograph Grade | Signer Fees | Auto Grading Fees | LOA Fees | Card Grading Fees | Baseball Encapsulation Fees |
|---|---|---|---|---|---|---|---|---|---|
| 13538058 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538059 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538060 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538061 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538062 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538029 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538077 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538080 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538079 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538078 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538075 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538070 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538072 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538073 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538074 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |

BECKETT AUTHENTICATION SERVICES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11982045 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538063 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538064 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538065 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538066 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538067 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538068 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538069 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677180 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677181 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677182 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677183 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677184 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677185 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13677186 | Lee, Stan (Entertainment) | Custom Trading Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538030 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13677178 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538083 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538084 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982033 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982050 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982051 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982052 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982037 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982038 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538086 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538085 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538088 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538087 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538089 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538090 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538091 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538092 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982041 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538081 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538082 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13076648 | Stan Lee | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982054 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |

BECKETT AUTHENTICATION SERVICES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11982022 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982023 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982024 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982025 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982027 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982028 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982030 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 11982031 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538031 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538032 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538033 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538034 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538035 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538036 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538037 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538038 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538039 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538040 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538041 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538042 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538043 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538044 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |

BECKETT AUTHENTICATION SERVICES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13538045 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538046 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538048 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538049 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538050 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538051 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538052 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538053 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538054 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538055 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538056 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538057 | Lee, Stan (Entertainment) | BAS Card | Coa | | $10.00 | | $0.00 | $0.00 | $0.00 |

## Order Summary

| Date | Item Type | Service Type | Service | Quantity | Amount |
|---|---|---|---|---|---|
| 07/13/2022 | BAS | Encapsulation | Reholder -> 45-Day | 87 | $870.00 |
| 07/13/2022 | General | Shipping | Store Pick Up | 1 | $0.00 |
| 07/13/2022 | General | Insurance | | 1 | $0.00 |
| 07/13/2022 | General | Credit Card- Payment (..1005) | bhepd2ay | 1 | $-870.00 |
| | | | | **Invoice Balance** | $0.00 |



# Order Details

**Submission No.:** 18029
**Invoice No.:** 556196
**No. of Items:** 16
**Order Total:** $160.00

**Received Date:** 05/26/2022
**Shipment Method:** Store Pick Up
**Ship Date:** 07/17/2024
**Tracking Number:** pickup

| Certification No. | Primary Signer | Item | Result | Autograph Grade | Signer Fees | Auto Grading Fees | LOA Fees | Card Grading Fees | Baseball Encapsulation Fees |
|---|---|---|---|---|---|---|---|---|---|
| 13537991 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537990 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537989 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537988 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537992 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537993 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537994 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537995 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537996 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537997 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537998 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537999 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538000 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13538003 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537986 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |
| 13537987 | Lee, Stan (Entertainment) | BAS Card | Grading | | $10.00 | | $0.00 | $0.00 | $0.00 |



## Order Summary

| Date | Item Type | Service Type | Service | Quantity | Amount |
|---|---|---|---|---|---|
| 07/13/2022 | BAS | Encapsulation | Reholder -> 45-Day | 16 | $160.00 |
| 07/13/2022 | General | Shipping | Store Pick Up | 1 | $0.00 |
| 07/13/2022 | General | Insurance | | 1 | $0.00 |
| 07/13/2022 | General | Credit Card- Payment (..1005) | gybe9hvy | 1 | $-160.00 |
| | | | | **Invoice Balance** | $0.00 |

BECKETT Authentication Services

## Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

SUBMISSION #: 18033

SHIP TO: (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

Name: Jerry Blank
Address:
City, State Zip:
Phone: Email:
Important for customer notification

SHIP VIA:
Orders will be shipped FedEx Ground unless a different method is selected below.
☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ______
Purchase FedEx Insurance? ☐ YES ______ ☐ NO

OFFICE USE ONLY
Invoice #:
Job #:
Sales Rep:
Date Rec'd:

Pedigree Labels
... as authentic signature if doesn't meet min grade

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1990 Marvel Universe #179 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 2 | 4 | " | #132 | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 3 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 4 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 5 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 6 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 7 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 8 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 9 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 10 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 11 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Ttl Qty. | | | Subtotals: | $ | $ | $ | $ | $ | $ | $ | |

Use this column to determine return insurance

### CALCULATING AMOUNT DUE

1. Authentication Fee: = $ ______
2. Letter Upgrade Fee: = $ ______
3. Autograph Grading Fee (1/2 of authentication fee): = $ ______
4. Card Grading Fee: = $ ______
5. Baseball Encapsulation Fee: = $ ______
6. Oversized Surcharge (Items 5"x7" or larger) = $ ______
7. Express Processing Fee = $ ______
   ☐ $200 (5-10 day) 1-5 items ☐ $100 (1/2 Turnaround) 1-5 items ☐ $400 (5-10 day) 6-10 items ☐ $200 (1/2 Turnaround) 6-10 items
8. Premium Item Fee: = $ ______
9. Re-Encapsulation Fee : ______ X $______ = $ ______
   # of items price
10. Insurance (See Table On Back): = $ ______
11. Shipping (See Table On Back): = $ ______
12. Tax (Texas Residents Only add 8.25%): = $ ______
13. Discount: ______ = $ ______
14. Total Amount Owed (Add Lines 1-13): = $

Payment Options:
☐ Check/Money Order (Please DO NOT send cash)
All checks payable to Beckett
☐ AMEX ☐ Visa ☐ MC ☐ Disc.
Card #
Exp. Date: / CVC Code
Name:
Signature:
**All fees must be paid in advance before we can process your order.

By signing this form I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable regardless of the outcome of authentication.

Signature ______ Date

---

BECKETT Authentication Services

## Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

SUBMISSION #: 18030

SHIP TO: (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

Name: Jerry Blank
Address:
City, State Zip:
Phone: Email:
Important for customer notification

SHIP VIA:
Orders will be shipped FedEx Ground unless a different method is selected below.
☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ______
Purchase FedEx Insurance? ☐ YES ______ ☐ NO

OFFICE USE ONLY
Invoice #:
Job #:
Sales Rep:
Date Rec'd:

All Pedigree Labels

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | Intext Cards | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 2 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 3 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 4 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 5 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 6 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 7 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 8 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 9 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 10 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 11 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Ttl Qty. | | | Subtotals: | $ | $ | $ | $ | $ | $ | $ | |

Use this column to determine return insurance

### CALCULATING AMOUNT DUE

1. Authentication Fee: = $ ______
2. Letter Upgrade Fee: = $ ______
3. Autograph Grading Fee (1/2 of authentication fee): = $ ______
4. Card Grading Fee: = $ ______
5. Baseball Encapsulation Fee: = $ ______
6. Oversized Surcharge (Items 5"x7" or larger) = $ ______
7. Express Processing Fee = $ ______
   ☐ $200 (5-10 day) 1-5 items ☐ $100 (1/2 Turnaround) 1-5 items ☐ $400 (5-10 day) 6-10 items ☐ $200 (1/2 Turnaround) 6-10 items
8. Premium Item Fee: = $ ______
9. Re-Encapsulation Fee : ______ X $______ = $ ______
   # of items price
10. Insurance (See Table On Back): = $ ______
11. Shipping (See Table On Back): = $ ______
12. Tax (Texas Residents Only add 8.25%): = $ ______
13. Discount: ______ = $ ______
14. Total Amount Owed (Add Lines 1-13): = $

Payment Options:
☐ Check/Money Order (Please DO NOT send cash)
All checks payable to Beckett
☐ AMEX ☐ Visa ☐ MC ☐ Disc.
Card #
Exp. Date: / CVC Code
Name:
Signature:
**All fees must be paid in advance before we can process your order.

By signing this form I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable regardless of the outcome of authentication.

Signature ______ Date



# Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

**SUBMISSION #:** 18031

**SHIP TO:** (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

Name: Jerry Blank

Address:

City, State Zip:

Phone: Email:

Important for customer notification

**SHIP VIA:**

Orders will be shipped FedEx Ground unless a different method is selected below.

☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ____________

Purchase FedEx Insurance? ☐ YES ________ ☐ NO

**OFFICE USE ONLY**

Invoice #:

Job #:

Sales Rep:

Date Rec'd:

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 1992 Marvel Universe | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 2 | 4 | 2014 75th Anniversary Marvel [illegible] | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 3 | 1 | 1975 Comic Book Hero [illegible] | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 4 | 8 | Custom Trading Card | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 5 | 1 | 2004 Donruss WS Fan[illegible] | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 6 | 27 | 2011 Allen + Ginter | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 7 | 2 | 1990 Marvel Universe #161 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 8 | 1 | " #131 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 9 | 2 | " #132 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 10 | 3 | " #129 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 11 | 8 | " #126 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Ttl Qty. | | | Subtotals: | | $ | $ | $ | $ | $ | $ | $ |

Use this column to determine return insurance

**CALCULATING AMOUNT DUE**

1. Authentication Fee: = $ ________
2. Letter Upgrade Fee: = $ ________
3. Autograph Grading Fee (1/2 of authentication fee): = $ ________
4. Card Grading Fee: = $ ________
5. Baseball Encapsulation Fee: = $ ________
6. Oversized Surcharge (Items 5"x7" or larger) = $ ________
7. Express Processing Fee = $ ________
   ☐ **$200 (5-10 day)** 1-5 items ☐ **$100 (1/2 Turnaround)** 1-5 items ☐ **$400 (5-10 day)** 6-10 items ☐ **$200 (1/2 Turnaround)** 6-10 items
8. *Premium Item Fee:* = $ ________
9. *Re-Encapsulation Fee :* ________ # of items X $________ price = $ ________

*10. Insurance (See Table On Back):* = $ ________

*11. Shipping (See Table On Back):* = $ ________

*Tax (Texas Residents Only add 8.25%):* = $ ________

*Discount:* ____________________ = $ ________

*Total Amount Owed (Add Lines 1-13):* = $

**Payment Options:**

☐ **Check/Money Order (Please DO NOT send cash)**

**All checks payable to Beckett**

☐ AMEX ☐ Visa ☐ MC ☐ Disc.

Card #

Exp. Date: / CVC Code

Name:

Signature:

**All fees must be paid in advance before we can process your order.

*...ning this form I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable ...ess of the outcome of authentication.*

*...ture* ____________ Date ____________

**04/2022** **Pink Copy — Custom...**



BECKETT
Authentication Services

# Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

**SUBMISSION #:** 18032

**SHIP TO:** (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

Name: Jerry Blank

Address:

City, State Zip:

Phone:

Email:

Important for customer notification

**SHIP VIA:**

Orders will be shipped FedEx Ground unless a different method is selected below.

☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ______

Purchase FedEx Insurance? ☐ YES ______ ☐ NO

**OFFICE USE ONLY**

Invoice #:

Job #:

Sales Rep:

Date Rec'd:

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | Marvel Universe 1990 #135 | | | | | | | | | |
| 2 | 2 | 2014 Age of Ultron AOULB | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 3 | 1 | // AOUSL | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 4 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 5 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 6 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 7 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 8 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 9 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 10 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 11 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Ttl Qty. | | | Subtotals: | $ | $ | $ | $ | $ | $ | $ | $ |

Use this column to determine return insurance

**CALCULATING AMOUNT DUE**

1. Authentication Fee: = $ ______
2. Letter Upgrade Fee: = $ ______
3. Autograph Grading Fee (1/2 of authentication fee): = $ ______
4. Card Grading Fee: = $ ______
5. Baseball Encapsulation Fee: = $ ______
6. Oversized Surcharge (Items 5"x7" or larger) = $ ______
7. Express Processing Fee = $ ______
   ☐ $200 (5-10 day) 1-5 items ☐ $100 (1/2 Turnaround) 1-5 items ☐ $400 (5-10 day) 6-10 items ☐ $200 (1/2 Turnaround) 6-10 items
8. Premium Item Fee: = $ ______
9. Re-Encapsulation Fee : ______ # of items X $______ price = $ ______
10. Insurance (See Table On Back): = $ ______
11. Shipping (See Table On Back): = $ ______
12. Tax (Texas Residents Only add 8.25%): = $ ______
13. Discount: ______ = $ ______

Total Amount Owed (Add Lines 1-13): = $

**Payment Options:**

☐ Check/Money Order (Please DO NOT send cash)

All checks payable to Beckett

☐ AMEX ☐ Visa ☐ MC ☐ Disc.

Card #

Exp. Date: / CVC Code

Name:

Signature:

**All fees must be paid in advance before we can process your order.

...ning this form I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable ...less of the outcome of authentication.

...ature ______



BECKETT
Authentication Services

# Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

**SUBMISSION #:** 18033

**SHIP TO:** (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

Name: Jerry Blank
Address:
City, State Zip:
Phone: Email:

Important for customer notification

**SHIP VIA:**
Orders will be shipped FedEx Ground unless a different method is selected below.
☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ______
Purchase FedEx Insurance? ☐ YES ______ ☐ NO

**OFFICE USE ONLY**
Invoice #:
Job #:
Sales Rep:
Date Rec'd:

| # | Qty | Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1990 Marvel Universe #129 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 2 | 4 | " | #132 | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 3 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 4 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 5 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 6 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 7 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 8 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 9 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 10 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| 11 | | | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Ttl Qty. | | | Subtotals: | | $ | $ | $ | $ | $ | $ | $ |

Use this column to determine return insurance

Pedigree Labels
it doesn't meet min grade
Slab as authentic signature

**CALCULATING AMOUNT DUE**

1. Authentication Fee: = $ ______
2. Letter Upgrade Fee: = $ ______
3. Autograph Grading Fee (1/2 of authentication fee): = $ ______
4. Card Grading Fee: = $ ______
5. Baseball Encapsulation Fee: = $ ______
6. Oversized Surcharge (Items 5"x7" or larger) = $ ______
7. Express Processing Fee = $ ______
   ☐ $200 (5-10 day) 1-5 items ☐ $100 (1/2 Turnaround) 1-5 items ☐ $400 (5-10 day) 6-10 items ☐ $200 (1/2 Turnaround) 6-10 items
8. Premium Item Fee: = $ ______
9. Re-Encapsulation Fee : ______ # of items X $______ price = $ ______
10. Insurance (See Table On Back): = $ ______
11. Shipping (See Table On Back): = $ ______
12. Tax (Texas Residents Only add 8.25%): = $ ______
13. ______ = $ ______

...nt Owed (Add Lines 1-13): = $

**Payment Options:**
☐ Check/Money Order (Please DO NOT send cash)
All checks payable to Beckett
☐ AMEX ☐ Visa ☐ MC ☐ Disc.
Card #
Exp. Date: / CVC Code
Name:
Signature:
**All fees must be paid in advance before we can process your order.

...n I acknowledge I have read and agree to the terms and conditions as stated on the reverse. Furthermore, I agree that all fees are applicable ...utcome of authentication.

______ Date ______

...2

**Pink Copy — Customer**



BECKETT
Authentication Services

# Autograph Encapsulation

Beckett Authentication Services
4635 McEwen Rd, Dallas, TX 75244
(855) 470 4662 | www.beckett-authentication.com

SUBMISSION #: 18034

IP TO: (NO P.O. BOXES) ☐ RESIDENTIAL ☐ BUSINESS

e: Jerry Black

ss:

te Zip:

Email:

Important for customer notification

**SHIP VIA:**

Orders will be shipped FedEx Ground unless a different method is selected below.

☐ Priority Overnight ☐ 2 Day
☐ Express Saver ☐ Ground
☐ International
☐ My FedEx Account # ____

Purchase FedEx Insurance? ☐ YES ____ ☐ NO

**OFFICE USE ONLY**

Invoice #:

Job #:

Sales Rep:

Date Rec'd:

| Item | Signer(s) | # of signatures | Auth. Fee | Letter Upgrade | Autograph Grading | Card Grading | Baseball Encap | Declared Value | Premium Item Fee |
|---|---|---|---|---|---|---|---|---|---|
| Gardwin Chapman #132 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Gardwin Chapmans Mini | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Gardwin Chapman #181 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| ...dey #42 | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| $10 of each | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| | | | | ☐ $20 | ☐ $ | ☐ $40 | ☐ $30 | | |
| Subtotals: | | $ | $ | $ | $ | $ | $ | $ | |

Use this column to determine return insurance

DUE

= $ ____

uthentication fee): = $ ____

= $ ____

= $ ____

larger) = $ ____

= $ ____

= $ ____

☐ $400 (5-10 day) 6-10 items ☐ $200 (1/2 Turnaround) 6-10 items

= $ ____

= $ ____

= $ ____

= $ ____

**Payment Options:**

☐ **Check/Money Order (Please DO NOT send cash)**

**All checks payable to Beckett**

☐ AMEX ☐ Visa ☐ MC ☐ Disc.

Card #

Exp. Date: / CVC Code

Name:

Signature:

**All fees must be paid in advan...

hp
Autograph Encapsulation
SUBMISSION #
OFFICE USE ONLY
SUSPENSE
STAN LEE

hp
COSMIC BEINGS
WATCHER
M.V.C.
THE AMAZING SPIDER-MAN
THE PUNISHER
LEE.
ALLEN & GINTER'S
BROOKLYN TOPPS NEW YORK
2015 AVENGERS AGE OF ULTRON
COMIC COVER AUTOGRAPHS
#AOUL8 STAN LEE
AUTHENTIC AUTOGRAPH
0001982052
THE MIGHTY AVENGERS
DIE AVENGERS DIE!
CUSTOM TRADING CARD
STAN LEE
AUTHENTIC AUTOGRAPH
MARVEL
STAN LEE
#135 TALES OF SUSPENSE
STAN LEE
AUTHENTIC AUTOGRAPH
0001982038
M.V.C.
TALES OF SUSPENSE

