# EXHIBIT D

# Buchalter

1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
213.891.0700 Phone
213.896.0400 Fax

213.891.5621 Direct
pnulud@buchalter.com

May 12, 2025

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**VIA E-MAIL (ASIMS@BECKETT.COM)**

Ashley Sims
General Counsel
The Beckett Group
2700 Summit Ave, Ste 100
Plano, TX 75074

      Re:    Jeremiah Blank - Loss of Stan Lee Collectibles

Dear Ms. Sims:

      Buchalter represents Mr. Jeremiah Blank.

      As you are well aware, Mr. Blank has been corresponding with Mr. Scott May at Beckett regarding the loss of Mr. Blank's **irreplaceable** and **highly valuable** Stan Lee memorabilia by Beckett. Mr. May has already acknowledged Beckett's fault and responsibility for the loss of these items. We are writing to you in order to resolve this situation and make Mr. Blank whole due to Beckett's fault and frankly, negligence.

      As you know, Mr. Blank's items that Beckett lost are eighty-seven (87) extremely rare cards from Stan Lee's **personal collection**, including unreleased test cards, iconic comic art pieces, and cards that had autographs and inscriptions from the legend, Stan Lee, himself. Due to the value and rarity of these items, Mr. Blank took all steps necessary to **ensure** safe handling and delivery to Beckett. He did not have these delivered via courier, but rather, Mr. Blank **personally handled, transported, and delivered** these cards to your office. Mr. Blank flew from his home in San Diego to Beckett's office in Dallas multiple times to **hand-deliver** 103 cards to Beckett for grading and later re-submission for pedigree encapsulation. Beckett received the cards from Mr. Blank and issued invoices 551457 and 554158 to confirm its receipt of such. Beckett only returned 16 of those 103 cards.

buchalter.com
Arizona
California
Colorado
Georgia
Illinois
Oregon
Tennessee
Utah
Washington

BN 89151020v1

**Buchalter**

Ashley Sims
May 12, 2025
Page 2

It is unfathomable that after all the care taken by Mr. Blank in personally transporting and handling these cards, Beckett—a company known for providing services to collectors and a company that also sells, and therefore knows the value of, collectibles—simply "lost" 87 of them. As you can appreciate, these cards were one-of-a-kind items that are irreplaceable. Notwithstanding that they once belonged to and have personal connections to the deceased legend, Stan Lee, these items were iconic and rare. As you may also know, Mr. Blank directly worked for Stan Lee as Stan Lee's Vice President of Business Development. Therefore, not only do these items have a special provenance and are priceless, but they also hold significant personal meaning to Mr. Blank. The fact that Beckett so carelessly lost them, and now has offered Mr. Blank only $20,000 in compensation is insulting, and nowhere reflective of the true value of such.

While these cards are priceless, if we were to estimate the fair market value of Mr. Blank's cards that Beckett lost, we believe that the amount is approximately $175,750.00. Please find a detailed inventory and valuation attached as Exhibit A. Images of the cards are attached as Exhibit B. As you will see, these cards carry significant and demonstrable demand, weight, rarity, and therefore value. We also have executives at Upper Deck that can attest to such. In addition to the value of these cards, Mr. Blank's time and cost taken to personally handle and deliver the cards is significant.

As such, **we demand that Beckett pay to Mr. Blank the amount of $200,000.00 to make him whole**.

We respectfully request that you respond to this letter in seven (7) days, but no later than May 19, 2025. While we would like to resolve this matter amicably, should we not receive a satisfactory response, we have no other option but to advise Mr. Blank to take all possible action in order to make him whole, including but not limited to filing a lawsuit in federal court.

This letter is not exhaustive of the facts and is written without prejudice.

Very truly yours,

BUCHALTER
A Professional Corporation

*Philip Nulud*

Philip Nulud

PN:tg

BN 89151020v1