# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JEREMIAH BLANK
Plaintiff

v.

3:25-cv-02211-G
Civil Action No.

BECKETT COLLECTIBLES, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Beckett Collectibles, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Beckett Collectibles, LLC's parent company is Beckett Collectibles Holdings, LLC. No publicly held company owns 10% or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Jeremiah Blank (Plaintiff), Beckett Collectibles, LLC (Defendant)

| | |
|---|---|
| Date: | September 11, 2025 |
| Signature: | /s/ Kendal B. Reed |
| Print Name: | Kendal B. Reed |
| Bar Number: | 24048755 |
| Address: | 8080 Park Lane, Suite 700 |
| City, State, Zip: | Dallas, Texas 75231 |
| Telephone: | (214)265-3800 |
| Fax: | (214)691-6311 |
| E-Mail: | kreed@condontobin.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.